# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-539 (RMM)** |
| | : | |
| **THOMAS JOHN BALLARD,** | : | |
| | : | |
| **Defendant.** | : | |

## TRANSPORT ORDER

Having granted the United States' Motion for Review and Appeal of Release Order, ECF No. 6, and, upon review, reversed the Magistrate Judge's Pretrial Release Order, and having ordered the defendant Thomas John Ballard transported from the Northern District of Texas to the District of Columbia for further proceedings on the Complaint filed against him, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the Northern District of Texas to the District of Columbia for further proceedings in this matter.

DATE: August 18, 2021

_____
BERYL A. HOWELL
Chief Judge

1