

PRETRIAL SERVICES AGENCY *for the* DISTRICT *of* COLUMBIA

## Pretrial Services Report for United States District Court

**United States vs. Thomas John Ballard**

DOB: 08/15/1985  (Age  36)

**Docket Number**

21-000539-M

**Lock Up Date:** 08/19/2021
**PDID:** No PDID Available

This report has been prepared for use by judicial officers of the Superior Court of the District of Columbia and/or the United States District Court for the District of Columbia and the government and defense attorneys assigned to the case captioned directly below. This report may contain sensitive information that may not be disclosed to parties not identified in the previous statement unless such disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by law.

**Charge Information:**

Lead Charge:  Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon

**Criminal History Summary:**                    **History of Supervision Noncompliance:**   No

**Prior Convictions:** 2    **Cases Pending:** 0    **Prior Arrests:** 3    **Bench Warrants:** 0

**Recommendation(s):**

   **PSA makes the following recommendations:**

No Recommendation Made

**Basis for Recommendation:**

Failure to Appear Risk:  **Low**                    Global Re-Arrest Risk:  **Medium**

**Defendant Information:**

**Marital Status:** Single            **Length in Area:**                    **Children/Dependents:** 0

**US Citizen:** Yes                   **Place of Birth:** Pontiac, Michigan       **Lives With:** Friend

**Residency Information:**

**Additional :**   8517 Auburn Drive Fort Worth, Texas 76123                **Corroborated:** Yes

## Employment/School Information:

**Employer/School:** Domino's Pizza Supply Chain Center

**Address:** Grand Praire, Texas

**Education Level:** High School/GED

**Current Military Service:** No

**Length:** 50 Months

**Corroborated:** Yes

## Travel Information:

**Passport:** No

**No future travel plans reported**

## Physical Health Information:

**Health Condition:** None Reported

**Medication:** None Reported

## Mental Health Information:

**MH Concern:** None Reported

**Medication:** None Reported

**Thoughts to Harm Self:** None Reported

**Att. to Harm Self:** None Reported

## Substance Use:

**Problem w/alcohol:** No

**Lock Up Test Result:** The results of today's lockup drug test were not available at the time this report was generated.

**Recent Drug Test Results:** According to PSA and/or CSOSA records, the defendant has not been tested in the past 30 days.

**Financial Information:**

(The information in this seciton is self-reported and has not been independently verified.)

| **Personal Assets** | **Amount** | **Business Liabilities** | **Amount** |
|---|---|---|---|
| **Checking** | Unknown | **Credit Card** | Unknown |
| **Savings** | Unknown | **Property** | Unknown |
| **Stocks/Bonds** | Unknown | **Vehicles** | Unknown |
| **Property** | Unknown | | |
| | | | |
| **Total Assets** | Unknown | **Total Liabilities** | Unknown |
| **Net Worth** | Unknown | | |
| | | | |
| **Monthly Income** | **Amount** | **Monthly Expenses** | **Amount** |
| **Salary** | Unknown | **Home/Rent** | Unknown |
| **Spouse Income** | Unknown | **Vehicles** | Unknown |
| **Business Income** | Unknown | **Utilities** | Unknown |
| | | **Insurance(s)** | Unknown |
| | | **Child Support/Alimony** | Unknown |
| | | | |
| **Total Income** | Unknown | **Total Expenses** | Unknown |
| **Cash Flow** | Unknown | | |

### Escape/Bench Warrant History

There are no Escape/Bench Warrants for this defendant.

# Closed Conviction Case(s)

| Arrest Date | Jurisdiction | Docket Number |
|---|---|---|
| 7/25/2013 | Tarrant County, TX | 1335917001 |

| Charge(s) | Disposition/Sentence Date | Disposition |
|---|---|---|
| • Unlawful Carrying of a Weapon | 01/17/2014 | Probation: 4 months |


| **Comments:** |
|---|
| Additional case and disposition information was obtained from the US Probation Office for the Northern District of Texas. |
| PSA's investigation provided the above criminal history information for a person matching the defendant's name, date of birth, race and sex. PSA cannot conclude that this criminal history record is for the defendant without a fingerprint confirmation. |

| Arrest Date | Jurisdiction | Docket Number |
|---|---|---|
| 4/7/2010 | Colorado City, TX | 22305 |

| Charge(s) | Disposition/Sentence Date | Disposition |
|---|---|---|
| • Evading Arrest or Detention with Vehicle or Watercraft | 06/14/2010 | Probation: 2 years |

| **Comments:** |
|---|
| Additional case and disposition information was obtained from the US Probation Office for the Northern District of Texas. |
| PSA's investigation provided the above criminal history information for a person matching the defendant's name, date of birth, race and sex. PSA cannot conclude that this criminal history record is for the defendant without a fingerprint confirmation. |

**The last criminal history record check for this defendant was completed on 08/19/2021.**

**Bail Report Comments:**

The defendant appeared in the Northern District of Texas on 08/10/2021 and was released on his personal recognizance. The Government appealed this release decision and the defendant appeared before Chief Judge Howell on 08/18/2021 who reversed the Magistrate's order of release and ordered the defendant held without bond pending trial.

**Prepared By:** Christine Schuck

**Approved By:** Takeysha Robinson

CONFIDENTIALITY NOTICE: If you are not the intended recipient of this report, any review, disclosure, copying, distribution, retention, or use of this document may be unlawful. If you are not the intended recipient, please contact the Pretrial Services Agency for the District of Columbia immediately at 202-220-5500 and destroy this report and any copies thereof.

If this report contains substance disorder treatment information, it has been disclosed to you from records protected by Federal confidentiality rules (42 C.F.R. Part 2). Federal rules prohibit you from making any further disclosure of this information unless further information pertains or as otherwise permitted by 42 C.F.R. Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

If this report contains mental health information, it is protected by the D.C. Mental Health Information Act (D.C. Code §§ 7-1201.01, et seq.). Any unauthorized disclosure of mental health information that may be contained in this report would violate the provisions of the Act. Further disclosure may only be made pursuant to a valid authorization by the person to whom the information pertains or as otherwise provided by the Act. The Act provides civil damages and criminal penalties for violations.

NOTICE: If you are not the intended recipient of this report, any review, disclosure, copying, distribution, retention, or use of this document may be unlawful. If you are not the intended recipient, please contact the Pretrial Services Agency for the District of Columbia immediately at 202-220-5500 and destroy this report and any copies thereof.