**Capitol Breach Cases—Defendants Granted Pretrial Release when Charged with 18 U.S.C. § 111 Assault**

| Defendant | Criminal Case Number | Date Arrested | Charges | Allegations (if available) |
|---|---|---|---|---|
| Adams, Daniel Page | 21-84 | 1/16/21 | Civil Disorder; Obstruction of an Official Proceeding; Assaulting, Resisting or Impeding Certain Officers; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Impeding Passage Through the Capitol Grounds or Buildings; Parading, Demonstrating, or Picketing in a Capitol Building | At front of crowd on Capitol grounds, pushing towards a line of officers, repeatedly asking crowd "Let's go, around you ready to push?" After yelling "let's go let's go let's go," sprinted up Capitol steps, chasing officers. He then engaged in direct struggle with officers who were attempting to prevent Adams and others from breaking the line again. He continues to shout "let's go let's go" in an effort to encourage others to keep launching forward toward the officers. Adams then physically engages with another set of officers at the top of the steps. |
| Alvarado, Wilmar Jeovanny Montano | 21-154 | 2/8/21 | Civil Disorder; Obstruction of an Official Proceeding; Assaulting, Resisting, or Impeding Certain Officers; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Impeding Passage Through the Capitol Grounds or Buildings | |
| Anderson, John Steven | 21-215 | 2/25/21 | Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers; Theft of Government Property; Entering and Remaining in a Restricted Building or | |

1

| | | | Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Impeding Ingress and Egress in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Impeding Passage Through the Capitol Grounds or Buildings | |
|---|---|---|---|---|
| Baquero, Julio | 21-702 | 11/10/21 | Civil Disorder<br><br>Assaulting, Resisting or Impeding Certain Officers using a Dangerous Weapon and Inflicting Bodily Injury on Certain Officers<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Parading, Demonstrating, or Picketing in a Capitol Building | "[P]hysically resisted officers attempting to clear the rioters out of the Rotunda. During the confrontation, Baquero grabbed at officers, and at one point grabbed the hand of an MPD Officers which was holding a police baton. . . . When USCP officers were attempting to close the east doors of the Rotunda . . . Baquero rushed at the officers and attempted to push one of the Rotunda doors open." |
| Barnhart, Logan James | 21-35 | 8/17/21 | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting<br><br>Civil Disorder<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |

| | | | Engaging in physical Violence in a Restricted Building or Grounds<br><br>Violent Entry and Disorderly Conduct in a Capitol Building or Grounds | |
|---|---|---|---|---|
| Bingert, Craig Michael | 21-91 | 1/18/21 | Obstruction of an Official Proceeding and Aiding and Abetting; Assaulting, Resisting, or Impeding Certain Officers; Civil Disorder; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the Capitol Buildings: Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings | With other protestors, used their collective force to shove a metal barrier into line of officers, then lifts barrier up in an attempt to break through police line. |
| Blair, David Alan | 21-186 | 2/17/21 | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Civil Disorder; Obstruction of an Official Proceeding; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Unlawful Possession of a Dangerous Weapon on Capitol Grounds or Buildings; Disorderly Conduct on Grounds or in a Capitol Building; Act of Physical Violence in the Capitol Grounds or Buildings | Thrust lacrosse stick at officer, striking him |

| Buteau, Jamie | 21-489 | 6/23/21 | Obstruction of Law Enforcement During Civil Disorder<br><br>Assaulting, Resisting or Impeding Certain Officers or Employees<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in physical Violence in Restricted Building or on Restricted Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Parading, Demonstrating or Picketing in a Capitol Building<br><br>Engaging in Physical Violence on Capitol Grounds | Inside Capitol building, threw chair at Capitol Police Officers |
| --- | --- | --- | --- | --- |
| Cappuccio, Steven | 21-40 | 8/10/21 | Assaulting, Resisting or Impeding Certain officers and Aiding and Abetting<br>Assaulting, Resisting or Impeding Certain officers and Aiding and Abetting Using a Dangerous Weapon<br>Robbery and Aiding and Abetting<br>Obstruction of an Official Proceeding and Aiding and Abetting<br>Civil Disorder<br>Disorderly and Disruptive Conduct in a Restricted Building or grounds with a Deadly or Dangerous Weapon | |

4

| | | | Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon<br>Disorderly Conduct in a Capitol Building<br>Act of Physical Violence in the Capitol Grounds or Buildings | |
|---|---|---|---|---|
| Capel, Matthew | 21-mj-122 | 1/26/21 | Knowingly entering or remaining in any restricted building or grounds without lawful authority; and knowingly engages in any physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so; Forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while engaged in or on account of the performance of official duties; Committed or attempted to commit any act to obstruct, impede, or interfere with law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. | Charged against a lined group of National Guardsman, running into their protective shields |
| Coffee, Luke Russell | 21-327 | 2/25/21 | Assault of Federal Law Enforcement Officer with Dangerous Weapon; Interference with Law Enforcement Officer During Civil Disorder; Obstruction of an Official Proceeding; Unlawful Entry on Restricted Grounds; Disorderly Conduct on Capitol Grounds | Used a crutch to assault MPD officers |

| | | | | |
|---|---|---|---|---|
| Connell, Cody | 21-84 | 1/16/21 | Civil Disorder; Obstruction of an Official Proceeding; Assaulting, Resisting or Impeding Certain Officers; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Impeding Passage Through the Capitol Grounds or Buildings; Parading, Demonstrating, or Picketing in a Capitol Building | Encouraged others to rush the line of law enforcement officers. Chased the officers up the Capitol stairs and began fighting with them. |
| Council, Matthew | 21-207 | 1/14/21 | Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | Pushed through barrier to enter Capitol building and then pushed officer |
| Creek, Kevin | 21-645 | 6/9/21 | Assault, Resisting, or Impeding Certain Officers | Struck MPD officer's hand that was holding a baton; also "made physical contact with U.S. Capitol Police Officer . . . by placing a hand under the officer's right shoulder and pushing. The defendant also kicked the officer." Admitted to being in possession of knife and mace. |
| Cua,   Bruno Joseph | 21-107 | 2/6/21 | Civil Disorder; Obstruction of an Official Proceeding; Assaulting, Resisting, or Impeding Certain Officers; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Engaging in Physical Violence in a Restricted Building or Grounds with a | Shoved USCP officer in front of Senate Chambers |

| | | | | |
|---|---|---|---|---|
| | | | Deadly or Dangerous Weapon; Entering and Remaining on the Floor of Congress; Entering and Remaining in the Gallery of Congress; Entering and Remaining in Certain Rooms in the Capitol Building; Disorderly Conduct in a Capitol Building; Act of Physical Violence in the Capitol Grounds or Buildings; Parading, Demonstrating, or Picketing in a Capitol Building | |
| Dasilva, Matthew | 21-564 | 7/13 | Assaulting, Resisting or Impeding Certain Officers<br><br>Obstruction of Law Enforcement During Civil Disorder<br><br>Knowingly Entering or Remaing in any Restricted Building or Grounds Without Lawful Authority<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in Physical Violence in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Act of Physical Violence in the Capitol Grounds or Buildings<br><br>Parading, Demonstrating or Picketing in a Capitol Building | Grabbed, pushed, and pulled on shields held by officers |
| Davis,      James Russell | 21-595 | 7/28/21 | Assaulting, Resisting or Impeding Certain Officers | While holding a large pole chased law enforcement officers up a flight of emergency stairs |

| | | | | |
|---|---|---|---|---|
| | | | Disorderly and Disruptive Conduct and Engaging in Physical Violence in a Restricted Building or Grounds<br><br>Act of Physical Violence in the Capitol Grounds or Buildings<br><br>Obstruction of Law Enforcement During Civil Disorder | |
| Dennis, Robert Wayne | 21-679 | 10/20/21 | Assaulting, Resisting or Impeding Certain Officers<br><br>Civil Disorder<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in Physical Violence in a Restricted Building or Grounds<br><br>Act of Physical Violence in the Capitol Grounds or Buildings | Assault on officers, including grabbing officer's baton and colliding with officer, engaged in violent struggle and took officer to ground |
| Dickinson, Michael James | 21-mj-621 | 10/6/21 | Assaulting, Resisting or Impeding Certain Officers<br>Civil Disorder<br>Entering and Remaining in a Restricted Building or Grounds<br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds | Threw object resembling coffee tumbler at police, striking officer in face/chest; threw large bucket filled with liquid at officers |

| | | | Engaging in Physical Violence in a Restricted Building or Grounds<br>Disorerly Conduct in a Capitol Building<br>Act of Physical Violence in the Capitol Grounds or Buildings | |
|---|---|---|---|---|
| Doolin, Joshua Christopher | 21-447 | 6/30/21 | Assaulting, Resisting or Impeding Certain Officers or Employees; Aiding and Abetting<br><br>Theft of Government Property<br><br>Restricted Building or Grounds without Lawful Authority<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds | |
| Eckerman, Michael | 21-623 | 9/20/21 | Assaulting, Resisting or Impeding Certain Officers<br><br>Civil Disorder<br><br>Obstruction of an Official Proceeding<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Entering and Remaining on the Floor of Congress<br><br>Disorderly Conduct in a Capitol Building | Pushes officer backward several feet |

| | | | | |
|---|---|---|---|---|
| | | | Parading, Demonstrating or Picketing in a Capitol Building | |
| Fairchild Jr., Robert Flynt | 21-551 | 8/27/21 | Entering and Remaining in a Restricted Building or Grounds<br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>Engaging in Physical Violence in a Restricted Building or Grounds<br>Disorderly Conduct in a Capitol Building<br>Engaging in Physical Violence in the Ground or Capitol Building<br>Assaulting, Resisting or Impeding Certain Officers<br>Obstruction of Law Enforcement During Civil Disorder<br>Obstructing or Impeding Official Proceeding | Attempted to remove a barrier fence on several occasions, incited others to assist, pushed his body into the barrier and into the officers, went inside the Capitol building. |
| Fischer, Joseph W. | 21-234 | 2/19/21 | Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting; Obstruction of an Official Proceeding and Aiding and Abetting; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | Engaged in physical scuffle with officers |
| Foy, Michael Joseph | 21-108 | 1/21/21 | Civil Disorder; Obstruction of an Official Proceeding; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Entering and Remaining in a Restricted | Threw projectile and aggressively and repeatedly swung hockey stick towards officers, then urged other protestors into Capitol |

| | | | | |
|---|---|---|---|---|
| | | | Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Act of Physical Violence in the Capitol Grounds or Buildings | |
| Galetto, Kevin Loui | 21-517 | 4/23/21 | Assaulting, Resisting or Impeding Certain Officers or Employees<br>Obstruction of Law Enforcement During Civil Disorder<br>Obstruction of Justice<br>Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Knowingly Committing an Act of Physical Violence in any Restricted Building or Grounds<br>Violent Entry and Disorderly Conduct on Capitol Grounds | Pressed against the line and fighting with officers in the LWT |
| George Jr., Edward | 21-378 | 7/15/21 | Obstruction of an Official Proceeding, Aiding and Abetting<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Entering and Remaining in the Gallery of Congress<br><br>Disorderly Conduct in a Capitol Building<br><br>Parading, Demonstrating or Picketing in a Capitol Building<br><br>Civil Disorder | |

| | | | Assaulting, Resisting or Impeding Certain Officers<br><br>Theft of Government Property, Aiding and Abetting | |
|---|---|---|---|---|
| Gossjankowski, Vitali | 21-123 | 1/18/21 | Civil Disorder; Obstruction of an Official Proceeding and Aiding and Abetting; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly Conduct in a Capitol Building | entering the covered area leading to an entrance to the U.S. Capitol building; assisting with passing a clear ballistic shield away from the entrance to the U.S. Capitol building; possessing a black-colored handheld Taser, which was handed to him by an unknown man in a desert camouflage jacket and black hat with a white emblem on the front; activating the Taser multiple times, as evidenced by light flashes emanating from the Taser's tip; and pushing himself through the crowd of violent individuals towards the police line that was protecting the entrance to the U.S. Capitol building |
| Grant, James Tate | 21-537 | 10/14/21 | Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury<br><br>Civil Disorder<br><br>Obstruction of an Official Proceeding<br><br>Entering and Remaining in a Restricted Building or Grounds | The video captures GRANT yelling at a second USCP officer and then, with other rioters, GRANT lifts up the metal barricade and shoves it forward into the USCP officers pushing the officers back from their positions and causing at least one officer to fall to the ground into the steps behind her. … As the officers attempt to apprehend the attacking rioter, GRANT interfered with their |

| | | | Disorderly and Disruptived Conduct in a Restricted Building or Grounds<br><br>Entering and Remaining in Certain Rooms in the Capitol Building<br><br>Disorderly Conduct in a Capitol Building<br><br>Act of Physical Violence in the Capitol Grounds or Buildings<br><br>Parading, Demonstrating or Picketing in a Capitol Building | attempts to apprehend the rioter by pulling the rioter back away from the officers… GRANT then gets up and attempts to step over the fallen barricade towards the officers. The officers make a brief attempt to lift the barricade back up, but the rioters, including GRANT, overwhelm the officers and move forward towards the Capitol Building, forcing the officers to retreat from their position |
| Gray, Daniel Paul | 21-495 | 5/18/21 | Obstruction of Justice/Congress<br><br>Knowingly Entering or Remaining in any Restricted Building of Grounds Without Lawful Authority<br><br>Knowingly Engaging in Disorderly or Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in Acts of Physical Violence Against any Person or Property in any Restricted Building<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds<br><br>Engaging in an Act of Physical Violence in the Grounds of any of the Capitol Buildings<br><br>Parading, Demonstrating, or Picketing in a Capitol Building | Entered the Capitol building; pushed law enforcement officers ; grabbed a baton from an officer causing her to fall backwards down a flight of stairs. |

| | | | Forcibly Assault, Resist, Oppose, Impede, Intimidate or Interfere with a Designated Person While that Person is Engaged in the Performance of Official Duties<br><br>Obstruction of Law Enforcement During Civil Disorder | |
|---|---|---|---|---|
| Haffner, James | 21-mj-672 | 12/1/21 | Obstruction of Law Enforcement During a Civil Disorder<br><br>Unlawful Entry on Restricted Buildings or Grounds<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds<br><br>Assaulting, Resisting or Impeding Certain Officers or Employees | At front confronting line of officers, trampled over and dismantled numerous police barriers; sprayed aerosol substance at officers; entered Capitol. |
| Harkrider, Alex Kirk | 21-117 | 1/18/21 | Civil Disorder; Obstruction of an Official Proceeding; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Theft of Government Property; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Unlawful Possession of a Dangerous Weapon on Capitol Grounds or Buildings; Disorderly Conduct in a Capitol Building; Act of Physical Violence in the Capitol Grounds or Buildings; Parading, Demonstrating, or Picketing in a Capitol Building | With codefendants, coordinated and planned to come to Washington, D.C., with firearms, a crowbar, and a tomahawk axe, apparently stopping along the way to secure ballistic vests; wore ballistic vest and carried a tomahawk axe, marched through the crowd up to an entrance of the Capitol and pushed with others in the crowd against the law enforcement protecting the capitol; passed an OC spray container, climbed through a broken window, incited the crowd of fellow rioters, entered the Capitol, and took an |

14

| | | | | |
|---|---|---|---|---|
| | | | | item that did not belong to him as a trophy of his criminal activity |
| Harris, Richard L. | 21-189 | 3/5/21 | Assaulting, Resisting or Impeding Certain Officers<br>Obstruction of an Official Proceeding<br>Entering and Remaining in a Restricted Building<br>Disorderly and Distruptive Conduct in a Restricted Building<br>Disorderly Conduct in a Capitol Building | |
| Hayah, Uliyahu | 21-565 | 8/26 | Assaulting, Resisting or Impeding Certain Officers or Employees<br>Civil Disorder<br>Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority<br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>Violent Entry and Disorderly Conduct on Capitol Grounds<br>Engage in an Act of Physical Violence in the Grounds or any Capitol Building<br>Parade, Demonstrate or Picket in any of the Capitol Buildings | On parole; entered Capitol wearing gas mask and carrying flag pole; joined confrontation between protestors and officers by putting his hand on an officer and pushing him back ten feet into the crowd |
| Herrington, Dillon Colby | 21-mj-465 | 6/8/21 | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Knowingly Engage in any act of Physical Violence Against any Person or Property in a Restricted Building | Hurled 4 x 4 wooden planks and a metal barricade toward officers |

| | | | | |
|---|---|---|---|---|
| | | | Willfully and Knowingly Engage in an act of Physical Violence in the Grounds of the Capitol Building<br><br>Commit or Attempt any act to Obstruct, Impede or Interfere with Law Enforcement in Performance of his Official Duties<br><br>Forcible Assault, Resist, Oppose, Impede, Intimidate, or Interfere with Law Enforcement | |
| Hutchinson III, Joseph Daniel | 21-447 | 6/30/21 | Assaulting, Resisting or Impeding Certain Officers or Employees; Aiding and Abetting<br><br>Theft of Government Property<br><br>Restricted Building or Grounds without Lawful Authority<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds | Charged line of officers and directed punches at the faces of officers; kicks at line of officers; later punches at officer who had stumbled; grabbed at jacket sleeve of another officer and throws officer out of the way |
| Jackson, Emanuel | 21-395 | 1/19/21 | Assaulting an Officer of the United States; Assaulting an Officer of the United States with a deadly or dangerous weapon; obstruction of an official proceeding; unlawful entry and physical violence on restricted building or grounds; violent entry and disorderly conduct on Capitol grounds | Observed making a fist and repeatedly striking a U.S. Capitol Police officer on his person while attempting to forcefully enter the building; later, armed with a metal baseball bat, repeatedly struck a group of officers |
| Johnatakis, Taylor James | 21-91 | 2/11/21 | Obstruction of an Official Proceeding and Aiding and Abetting; Assaulting, Resisting, or Impeding Certain Officers; Civil Disorder; Entering and Remaining in a Restricted Building or | |

| | | | Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the Capitol Buildings: Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings | |
|---|---|---|---|---|
| Judd, David Lee | 21-40 | 3/26/21 | Assaulting, Resisting, or Impeding Certain Officers of Employees Civil Disorder | Pushed into the shield barricade that the officers were trying to create, yelled to the crowd to "heave" forward, created a shield wall. Threw a lit item into the crowd of law enforcement officers at the LWT |
| Klein, Federico | 21-236 | 3/4/21 | Civil Disorder; Obstruction of an Official Proceeding and Aiding and Abetting; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Act of Physical Violence in the Capitol Grounds or Buildings | |
| Mackerel, Clifford | 21-276 | 3/17/21 | Forcibly Assault, Resist, Oppose, Impede, Intimidate, or Interfere with Certain Officers or Employees Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions | Pushes against the barricades forcing officers to retreat on at least 2 occasions. Enters the Capitol and begins fighting with officers landing multiple blows. |

| | | | Obstruction of Law Enforcement During Civil Disorder<br>Violent Entry and Disorderly Conduct on Capitol Grounds | |
|---|---|---|---|---|
| Mullins, Clayton Ray | 21-35 | 2/23/21 | Assaulting, Resisting, or Impeding Certain Officers; Obstruction of Law Enforcement During Civil Disorder; Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Violent Entry and Disorderly Conduct on Capitol Grounds | Assaulted MPD officer, including grabbing officer's leg, engaging in "tug of war" with officer's leg, and leading to officer being dragged down stairs |
| Leffingwell, Mark | 21-5 | 1/7/21 | Knowingly Entering or Remaining in Any Restricted Building or Grounds Without Lawful Authority; Assault on a Federal Law Enforcement Officer; Violent Entry and Disorderly Conduct on Capitol Grounds; Act of Physical Violence in the Capitol Building | Entered Capitol building, attempted to push passed officers forming a barrier, and when deterred from advancing, he punched an officer repeatedly with closed fist, striking him in the helmet and the chest. Struggled while numerous officers tried to detain him. |
| Loehrke, Ronald | 21-mj-672 | 12/3/21 | Obstruction of Law Enforcement During a Civil Disorder<br><br>Unlawful Entry on Restricted Buildings or Grounds<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds<br><br>Assaulting, Resisting or Impeding Certain Officers or Employees | At front confronting line of officers, trampled over and dismantled numerous police barriers; sprayed aerosol substance at officers; entered Capitol; engaged in confrontation with police inside Senator's office. |

| Lollar, Joshua R. | 21-152 | 1/15/21 | Assaulting, Resisting, or Impeding Certain Officers; Civil Disorder; Obstruction of an Official Proceeding and Aiding and Abetting; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Di$orderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | Part of a crowd that is was attempting to push through a line of law enforcement officers in the Rotunda of the Capitol building; at leading edge of a physical confrontation with officers as crowd moved forward in attempt to pass officers' line |
|---|---|---|---|---|
| Lopatic Sr., Michael John | 21-35 | 1/29/21 | Assaulting, Resisting, or Impeding Certain Officers; Civil Disorder; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Violent Entry and Disorderly Conduct in a Capitol Building | "shocking acts of violence Mr. Lopatic committed against a District of Columbia Metropolitan Police Department ("MPD") officer"; "two obstructive acts Mr. Lopatic undertook--stealing and then discarding an MPD officer's body worn camera. These actions resulted in the permanent loss of evidence" |
| Mackrell, Clifford | 21-276 | 3/17/21 | Forcibly Assault, Resist, Oppose, Impede, Intimidate, or Interfere with Certain Officers or Employees<br><br>Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority with Intent to Impede or Disrupt the Orderly Conduct of Government Business or Official Functions<br><br>Obstruction of Law Enforcement During Civil Disorder<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds | Part of crowd that broke through officers' barrier line in front of entrance to Capitol building, pushing through barricades and driving officers further back; moved to front of crowd, pushing and shoving against officers; assaults U.S. Capitol Police Officer, striking the officer multiple times, then grabbing the officer's gas mask under the officer's face shield, attempting to expose him to the chemical spray. |

| McCaughey III, Patrick Edward | 21-40 | 1/19 | Assaulting, Resisting or Impeding Certain Officers or Employees<br><br>Civil Disorder<br><br>Restricted Building or Grounds<br><br>Violent Entry or Disorderly Conduct | |
|---|---|---|---|---|
| Mehaffie, David | 21-40 | 8/12/21 | Assaulting, Resisting or Impeding Certain Officers and Aiding and Abetting<br><br>Obstruction of an Official Proceeding and Aiding and Abetting<br><br>Civil Disorder<br><br>Disorderly Conduct in a Capitol Building<br><br>Act of Physical Violence in the Capitol Grounds or Buildings | |
| Middleton, Jalise | 21-367 | 4/21/21 | Assaulting, Resisting or Impeding Certain Officers<br>Obstruction of Law Enforcement During Civil Disorder<br>Obstruction of Justice/Congress<br>Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority<br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br>Engaging in Physical Violence in a Restricted Building or Grounds<br>Violent Entry and Disorderly Conduct on Capitol Grounds | Pushed against barricades and police line with his body, grabbed onto officer's hand and pulled his body forward, strikes officer in the arm |

| | | | | |
|---|---|---|---|---|
| Middleton, Mark | 21-367 | 4/21/21 | Assaulting, Resisting or Impeding Certain Officers<br><br>Obstruction of Law Enforcement During Civil Disorder<br><br>Obstruction of Justice/Congress<br><br>Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in Physical Violence in a Restricted Building or Grounds<br><br>Violent Entry and Disorderly Conduct | Pushed against barricades and police line with his body, grabbed onto officer's hand and pulled his body forward, strikes officer in the arm |
| Miller, Matthew Ryan | 21-75 | 1/25/21 | Civil Disorder; Obstruction of an Official Proceeding; Aiding and Abetting; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Entering and Remaining in a Restricted building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderlly Conduct in a Capitol Building; Act of Physical Violence in the Capitol Grounds or Buildings; Stepping, Climbing, Removing, or Injuring Property on the Capitol Grounds | Discharged fire extinguisher on steps leading to entrance of Capitol building; used barrier as ladder to scale the walls of the Capitol and assisted others in doing so. |

| | | | | |
|---|---|---|---|---|
| Mostofsky, Aaron | 21-138 | 1/12/21 | Civil Disorder<br><br>Obstruction of an Official Proceeding and Aiding and Abetting<br><br>Assaulting, Resisting, or Impeding Certain Officers<br><br>Theft of Government Property<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Parading, Demonstrating, or Picketing in a Capitol Building | |
| Mullins, Clayton Ray | 21-35 | 2/23/21 | Assaulting, Resisting, or Impeding Certain Officers; Obstruction of Law Enforcement During Civil Disorder; Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Violent Entry and Disorderly Conduct on Capitol Grounds | Assaulted officer, including leaning over a handrail to grab the officer's leg and then violently pulled on it, leading to the officer being dragged down the stairs. |
| Nix, Gregory Lamar | 21-678 | 11/10/21 | Civil Disorder<br><br>Assaulting, Resisting or Impeding Certain Officers using a Dangerous Weapon and Inflicting Bodily Injury on Certain Officers | After attempting to breach the East House Doors of the Capitol Building by banging the end of a flagpole repeatedly against the door, physically assaulted police |

| | | | | |
|---|---|---|---|---|
| | | | Destruction of Government Property<br><br>Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon<br><br>Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon<br><br>Disorderly Conduct in a Capitol Building<br><br>Act of Physical Violence in the Capitol Grounds or Buildings | officer with the flagpole and thrusting and throwing the flagpole at the officer; attempted to physically assault the same officer using the flagpole on 7 occasions, striking the officer on the head; afterward, he used a black baton in an attempt to smash the East House Doors' glass panes |
| Owens, Grady Douglas | 21-286 | 4/1/21 | Civil Disorder<br>Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily Injury<br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds, Using and Carrying a Dangerous Weapon, Resulting in Significant Bodily Injury<br>Engaging in Physical Violence in a Restricted Building or Grounds, Using and Carrying a Dangerous Weapon, Resulting in Significant Bodily Injury<br>Impeding Passage Through the Capitol Grounds or Buildings<br>Acts of Physical Violence in the Capitol Grounds or Buildings | Struck officer in the head with a skateboard |

23

| | | | | |
|---|---|---|---|---|
| Owens, Jason Douglas | 21-376 | 4/16/21 | Assaulting, Resisting or Impeding Certain Officers or Employees<br><br>Obstruction of Law Enforcement During Civil Disorder<br><br>Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Knowingly Committing an Act of Physical Violence in any Restricted Building or Grounds<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds | |
| Palmer, Robert Scott | 21-328 | 3/17 | Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon<br><br>Obstruction of Law Enforcement During Civil Disorder<br><br>Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority | Threw wooden plank at officer protecting the Lower West Terrace entrance; sprayed fire extinguisher at officers, then threw fire extinguisher at police twice |
| Pepe, William Joseph | 21-52 | 1/12/21 | Conspiracy<br><br>Assaulting, Resisting, or Impeding Certain Officers<br><br>Civil Disorder<br><br>Government Property or Contracts<br><br>Obstruction of an Official Proceeding<br><br>Robbery of Personal Property of the United States | |

| | | | Restricted Building or Grounds | |
|---|---|---|---|---|
| Pollock, Olivia Michelle | 21-447 | 6/30 | Assaulting, Resisting or Impeding Certain Officers or Employees<br><br>Theft of Government Property<br><br>Restricted Building or Grounds without Lawful Authority<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds | |
| Portlock, Joshua | 21-mj-638 | 11/3/21 | Assaulting, Resisting or Impeding Certain Officers<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in Physical Violence in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Act of Physical Violence in the Capitol Grounds or Buildings | Affiliated with Proud Boys; engaged with other protestors by pushing back law enforcement officers from their protective perimeter, pushed open metal barricade and brought it into the crowd; assaulted officers in attempt to break their perimeter line by using a large piece of plywood to push against a group of officers and then pushed the plywood over on top of the officers; later moved to LWT and attempted to breach the Capitol, in tunnel for 15-20 minutes during which time he assaulted and obstructed officers and assisted other protestors in doing the same, participated in "heave-ho" efforts to push officers back, also moved stolen riot shields to the front of line of protestors; continued to assist |

| | | | | |
|---|---|---|---|---|
| | | | | protestors at front of crowd in preventing law enforcement from securing the building |
| Purdy, Gregory | 21-mj-644 | 11/10/21 | Civil Disorder<br><br>Assaulting, Resisting or Impeding Certain Officers<br><br>Obstruction of an Official Proceeding and Aiding and Abetting<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Parading, Demonstrating or Picketing in a Capitol Building | |
| Rae, Paul | 21-378 | 3/24/21 | Obstruction of an Official Proceeding and Aiding and Abetting<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Parading, Demonstrating, or Picketing in a Capitol Building | |

| | | | Entering and Remaining in the Gallery of Congress<br><br>Civil Disorder<br><br>Assaulting, Resisting, or Impeding Certain Officers<br><br>Theft of Government Property | |
|---|---|---|---|---|
| Randolph, Stephen Chase | 21-332 | 4/20/21 | Civil Disorder<br><br>Obstruction of an Official Proceeding and Aiding and Abetting<br><br>Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily Injury, and Aiding and Abetting<br><br>Assaulting, Resisting, or Impeding Certain Officers<br><br>Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon<br><br>Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, Resulting in Significant Bodily Injury, and Aiding and Abetting<br><br>Disorderly Conduct in a Capitol Building | Violently pushed and pulled barricades to the ground, knocking over USCP Officer, causing her to hit her head on the stairs behind her, losing consciousness; continued to assault two other USCP officers by physically pushing, shoving, grabbing, and generally resisting the officers |

| | | | | |
|---|---|---|---|---|
| | | | Act of Physical Violence in the Capitol Grounds or Buildings and Aiding and Abetting | |
| Rodriguez, Edward Francisco | 21-483 | 7/9/21 | Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in Physical Violence in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Assaulting, Resisting or Impeding Certain Officers | |
| Rubenacker, Greg | 21-193 | 2/9/21 | Civil Disorder; Obstruction of an Official Proceeding; Assaulting, Resisting, or Impeding Certain Officers; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Impeding Passage Through the Capitol Grounds or Buildings; Act of Physical Violence in the Capitol Grounds or Buildings Parading, Demonstrating, or Picketing in a Capitol Building | |
| Sandoval   Jr., Salvador | 21-195 | 2/19/21 | Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers; Obstruction of an Official Proceeding; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive | Pushed two officers inside Capitol building, grabbed the shield of a third officer |

| | | | | |
|---|---|---|---|---|
| | | | Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Act of Physical Violence in the Capitol Grounds or Buildings; Parading, Demonstrating, or Picketing in a Capitol Building | |
| Sandoval, Deborah | 21-195 | 2/19/21 | Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers; Obstruction of an Official Proceeding; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Act of Physical Violence in the Capitol Grounds or Buildings; Parading, Demonstrating, or Picketing in a Capitol Building | |
| Sanford, Robert | 21-86 | 1/14/21 | Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Act of Physical Violence in the Capitol Grounds or Buildings | Threw fire extinguisher at group of officers, striking three officers in the head, one of whom was not wearing a helmet |
| Sargent, Troy | 21-258 | 3/9/21 | Forcibly Assaulting, Resisting, Opposing, Impeding Federal Officers; Obstruction of Law Enforcement During Civil Disorder; Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building or Grounds; Knowingly Engaging in Physical Violence in Restricted Building or Grounds; Willfully and Knowingly Engaging in Physical Violence in Capitol Grounds or Building | Moved to front of line, threw a punch at an officer but inadvertently strikes another member of the crowd |

| Scott, Daniel Lyons | 21-mj-411 | 5/20/21 | Knowingly Entering and Disorderly Conduct in any Restricted Building or Grounds<br><br>Knowingly Engaging in Act of Physical Violence in any Restricted Building or Grounds<br><br>Disorderly Conduct and Act of Physical Violence on Capitol Grounds<br><br>Obstruction of Law Enforcement During Civil Disorder<br><br>Obstruction of Justice/Congress<br><br>Assault on a federal officer with physical contact and intent to commit another felony | |
|---|---|---|---|---|
| Secor, Christian | 21-157 | 2/16/21 | Obstruction of an Official Proceeding; Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Entering and Remaining on the Floor of Congress; Entering and Remaining in the Gallery of Congress; Entering and Remaining in Certain Rooms in the Capitol Building; Disorderly Conduct in a Capitol Building; Parading, Demonstrating, or Picketing in a Capitol Building | Sat in Chair of the Presiding Officer in the Senate chamber; attempted to push through doorway blocked by at least three officers |
| Shalvey, Dale Jeremiah | 21-334 | 3/9/21 | Obstruction of Justice/Congress; Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Violent Entry and Disorderly Conduct on Capitol Grounds | |

| | | | Civil Disorder<br><br>Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Inflicting Bodily Injury<br><br>Assauting, Resisting or Impeding Certain Officer<br><br>Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | |
|---|---|---|---|---|
| Shively, Barton Wade | 21-151 | 1/19/21 | Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Impeding Ingress and Egress in a Restricted Building or Grounds Engaging in Physical Violence in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; Impeding Passage Through the Capitol Grounds or Buildings; Act of Physical Violence in the Capitol Grounds or Buildings | Grabbed officer by jacket and yelled at him; punched another officer on his helmet; repeatedly struck officers and physically pushed the police line, attempting to gain further access to Capitol grounds; attempted to kick a can of mace out of an officer's hand |
| Sibick, Thomas | 21-291 | 3/12/21 | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; Violent Entry and Disorderly Conduct on Capitol Grounds; Obstruction of Law Enforcement During Civil Disorder; Assaulting, Resisting, or Impeding Certain Officers; Taking from a Person Anything of Value by Force and Violence or by Intimidation Within Special Maritime and Territorial Jurisdiction | |
| Southard-Rumsey | 21-387 | 6/2/21 | Assault on a Federal Officer or Employee | Inside Capitol building, pushed officer with flagpole, causing him to fall back into doors and then a marble statue, striking his head |

31

| | | | Obstruction of Law Enforcement During Civil Disorder<br><br>Obstruction of Justice/Congress<br><br>Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Knowingly Engages in any act of Physical Violence Against any Person or Property in any Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Parading, Demonstrating, or Picketing in a Capitol Building<br><br>Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings | |
|---|---|---|---|---|

| Stecher, Ezekiel Kurt | 21-720 | 3/9/21 | Civil Disorder<br><br>Assault on a Federal Officer<br><br>Knowingly Engaging in Physical Violence against any person or property in any restricted building or grounds<br><br>Violent Entry or Disorderly Conduct; Obstruct or impede passage, and engage in physical violence on Capitol grounds<br><br>Obstruction of Justice/Congress | |
| --- | --- | --- | --- | --- |
| Stevens, Tristan Chandler | 21-40 | 2/5/21 | Assaulting, resisting, or impeding certain officers or employees; Civil disorder; Restricted Building or Grounds; Violent Entry or Disorderly Conduct | |
| Sturgeon, Isaac Steve | 21-91 | 3/6/21 | Obstruction of an Official Proceeding and Aiding and Abetting; Assaulting, Resisting, or Impeding Certain Officers; Civil Disorder; Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Engaging in Physical Violence in a Restricted Building or Grounds; Obstructing, or Impeding Passage Through or Within, the Grounds or Any of the Capitol Buildings: Engaging in an Act of Physical Violence in the Grounds or Any of the Capitol Buildings | |
| Tanios, George | 21-222 | 3/15/21 | Assault on Federal Officer with Dangerous Weapon; Conspiracy to Injure an Officer; Civil | "assault[ed] law enforcement officers with an unknown chemical |

| | | | | |
|---|---|---|---|---|
| | | | Disorder and Obstructing or Impeding Any Official Proceeding; Physical violence on restricted grounds, while carrying dangerous weapon, and resulting in significant bodily injury; Violent entry and disorderly conduct, act of physical violence on Capitol Grounds | substance by spraying officers directly in the face and eyes," and "appeared to time the deployment of chemical substances to coincide with other rioters' efforts to forcibly remove the bike rack barriers that were preventing the rioters from moving closer to the Capitol building." A verbal exchange with co-defendant "reveal[ed] that the two were working in concert and had a plan to use the toxic spray against law enforcement." |
| Thomas, Kenneth Joseph Owen | 21-552 | 5/26 | Assaulting, Resisting, or Impeding Certain Officers or Employees<br><br>Obstruction of Law Enforcement During Civil Disorder<br><br>Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority<br><br>Disorderly and Disruptive Conduct in a Restricted Building or on Restricted Grounds<br><br>Engaging in Physical Violence in Restricted Building or on Restricted Grounds<br><br>Engage in Physical Violence on Capitol Grounds | |
| Turner, Robert | 21-mj-644 | 11/22/21 | Civil Disorder | |

| | | | Assaulting, Resisting or Impeding Certain Officers<br><br>Obstruction of an Official Proceeding and Aiding and Abetting<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Parading, Demonstrating or Picketing in a Capitol Building | |
|---|---|---|---|---|
| Warnagiris, Christopher | 21-382 | 5/13/21 | Assaulting, Resisting or Impeding Certain Officers or Employees<br><br>Obstruction of Law Enforcement During Civil Disorder<br><br>Obstruction of Justice/Congress<br><br>Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority<br><br>Violent Entry and Disorderly Conduct on Capitol Grounds | |
| Webster, Thomas | 21-208 | 2/22/21 | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; Civil Disorder; Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted | Berated MPD Officer, aggressively shoved metal gate into officer's body, then armed himself with a metal flagpole, raised the metal flagpole above his head and |

| | | | Building or grounds with a Deadly or Dangerous Weapon; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly Conduct Within the Capitol Grounds or Buildings; Act of Physical Violence Within the Capitol Grounds or Buildings | forcefully swung downward, striking the metal barricade directly in front of the officer; attempted to attack the officer by lunging toward him with the flagpole, and struck at the officer with the flagpole numerous times; officer fell to ground as he wrestled flagpole away from Webster, and then gets up and retreats; Webster proceeds to break through the barricade and charges towards the officer with clenched fists, ultimately lunging at the officer and tackling him to the ground; while on the ground, Webster pins the officer to the ground and straddles him, trying to forcibly remove the officer's shield and gas mask |
| Westbury, Isaac | 21-605 | 10/4/21 | Civil Disorder<br><br>Assaulting, Resisting or Impeding Certain Officers Using a Dangerous Weapon<br><br>Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon<br><br>Engaging in Physical Violence in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building | |

| | | | Act of Physical Violence in the Capitol Grounds or Buildings<br><br>Parading, Demonstrating or Picketing in a Capitol Building | |
|---|---|---|---|---|
| Willden, Ricky C. | 21-423 | 6/30/21 | Civil Disorder<br><br>Assaulting, Resisting, or Impeding Certain Officers<br><br>Entering and Remaining in a Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in Physical Violence in a Restricted Building or Grounds<br><br>Disorderly Conduct in a Capitol Building<br><br>Act of Physical Violence in the Capitol Grounds or Buildings<br><br>Parading, Demonstrating or Picketing in a Capitol Building | |
| Wilson, Duke Edward | 21-345 | 4/15/21 | Knowingly entering or remaining in any restricted building or grounds without lawful authority to do so<br><br>Assaulting, resisting or impeding certain officers | |

| | | | | |
|---|---|---|---|---|
| | | | Disorderly conduct<br><br>Parading, demonstrating or picketting the Capitol building<br><br>Obstruction of Congress/justice | |
| Woods,   Shane Jason | 21-476 | 6/24/21 | Assault on a Law Enforcement Officer<br><br>Assault in Special Maritime and Territorial Jurisdiction<br><br>Obstruct, Impede or Interfere with Law Enforcement During Civil Disorder<br><br>Restricted Building or Grounds<br><br>Disorderly and Disruptive Conduct in a Restricted Building or Grounds<br><br>Engaging in Act of Physical Violence in Restricted Building or Grounds<br><br>Violent Entry or Disorderly Conduct<br><br>Act of Physical Violence on Grounds | |
| Worrell, Christopher | 21-292 | 3/12/21 | Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Engaging in Physical Violence in a Restricted Building or Grounds Using a Deadly or Dangerous Weapon; Act of Physical Violence in the Capitol Grounds or Buildings; Civil Disorder; | Sprayed pepper spray at officers<br><br>(note: defendant was detained but later filed a supplemental motion for pretrial release, arguing he has serious medical conditions not being addressed while detained, and the judge ordered his release) |

| | | | | |
|---|---|---|---|---|
| | | | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon | |
| Young,   Philip S. | 21-617 | 8/19 | Assaulting, Resisting or Impeding Certain Officers or Employees of the United States in the Performance of their Official Duties<br><br>Obstruction of Law Enforcement During Civil Disorder | |