UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS JOHN BALLARD | : | Criminal No. 21-CR-553-TFH |
| | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing.   The items are seven digital videos that are exhibits 1A, 1B, 1C, 1G, 1H, 5 and 6 to the Government's Opposition to Defendant's Motion to Revoke Detention Order.   The Government has no objection to the public release of these exhibits.

| Exhibit | Content | Length | Date/Time | Source |
|---|---|---|---|---|
| Exhibit 1A | Video clip of Defendant carrying police baton. | 0:17 | 1/6/21 at approx. 3:30 p.m. | https://youtu.be/C4sIl5URW5Q |
| Exhibit 1B | Video clip of Defendant throwing tabletop and other items at law enforcement. | 1:12 | 1/6/21 at approx.. 4:47 p.m. | https://www.instagram.com/tv/CJ_PdBxgQig/ |
| Exhibit 1C | Combined video clip of Defendant using police baton against law enforcement. | 0:53 | 1/6/21 at approx 4:50 p.m. | https://youtu.be/XmLjoszY8ck; Body Worn Camera of Officer Sajumon |
| Exhibit 1G | Combined video clip of Defendant using light, throwing bottle, and pushing scaffolding pole at officers, | 1:50 | 1/6/21 at approx.. 4:51 p.m. | https://www.facebook.com/calvin.johnson.5264/videos/158540386049458; Body Worn Camera of Officer Park |

| Exhibit 1H | Combined video clip of defendant throwing wood pieces at officers. | 1:02 | 1/6/21 at approx. 4:59 p.m. | Lev Radin, professional photographer, Body Worn Camera of Officer Park |
| --- | --- | --- | --- | --- |
| Exhibit 5 | Video clip of Defendant putting on gas mask. | 0:09 | 1/6/21 at approx. 2:35 p.m. | https://youtu.be/wlFpSg-6HIc |
| Exhibit 6 | Video of Defendant interview | 3:36 | 1/6/21 at approx.. 5:15 p.m. | https://youtu.be/MoBTO6NKuLY |

These exhibits were provided to this Court and Defense Counsel via USAfx on April 4, 2022.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          DC Bar No. 481052

By:    /s/ *Robert Juman*
          ROBERT JUMAN
          Assistant United States Attorney
          New Jersey Bar Number 032201993
          United States Attorney's Office, Detailee
          555 Fourth Street, N.W.
          Washington, D.C.   20530
          Telephone: (786) 514-9990
          Email: Robert.Juman@usdoj.gov

## CERTIFICATE OF SERVICE

On this 4th day of April, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Robert Juman*
ROBERT JUMAN
Assistant United States Attorney
New Jersey Bar Number 032201993
United States Attorney's Office, Detailee
555 Fourth Street, N.W.
Washington, D.C.   20530
Telephone: (786) 514-9990
Email: Robert.Juman@usdoj.gov