# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-553 (TFH) |
| **THOMAS JOHN BALLARD,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Barry K. Disney is entering his appearance in the above-captioned matter as counsel for the United States.

                                                Respectfully submitted,

DATED: May 23, 2022                MATTHEW M. GRAVES
                                                UNITED STATES ATTORNEY
                                                D.C. Bar No. 481052

                           By:     _/s/ BARRY K. DISNEY_
                                            Barry K. Disney
                                            Trial Attorney, Capital Case Section
                                            Detailee – Capitol Siege Division
                                            Kansas Bar No. 13284
                                            U.S. Department of Justice
                                            1331 F. St. NW, Suite 6000
                                            Washington, D.C. 20005
                                            202-305-4367 (office)
                                            202-924-4861 (cell)
                                            Barry.Disney@usdoj.gov

## CERTIFICATE OF SERVICE

On this 23RD day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                              */s/ BARRY K. DISNEY*
                                              BARRY K. DISNEY
                                              Trial Attorney