# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-553-TFH-1** |
| | : | |
| **THOMAS JOHN BALLARD** | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of defendant, Thomas John Ballard, in the above-captioned matter.

Respectfully submitted,

 /s/ Andrew C. Moon
ANDREW C. MOON
Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

I, Andrew C. Moon, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached Withdrawal of Appearance via the Court's Electronic Filing (ECF) system, which sent notification to Barry K. Disney, Assistant United States Attorney, United States Attorney's Office, 1331 F Street NW, Washington, DC 20005, via his email address Barry.Disney@usdoj.gov.

    /s/ Andrew C. Moon
ANDREW C. MOON
Assistant Federal Defender

DATE:	July 21, 2022