# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 21-cr-00553 (RJL) |
| | : 18 U.S.C. §§ 111(a)(1) AND (b) |
| THOMAS JOHN BALLARD | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

The defendant, Thomas John Ballard, agrees to the following factual basis for his guilty plea, that if this case were to proceed to trial, the United States of America could prove the below facts beyond a reasonable doubt.

On January 6, 2021, Mr. Ballard was among the crowd of protestors located at the U.S. Capitol, located at First Street, SE, in Washington, D.C.

From approximately 2:45 to 5:05 p.m., protestors occupied the area of the Capitol known as the Lower West Terrace ("LWT"). In the center of the LWT is an archway leading to an entrance to the Capitol Building. During this period, Metropolitan Police Department ("MPD") and U.S. Capitol Police ("USCP") officers were defending the archway entrance from protestors attempting to break through and enter the Capitol.

1

Ballard was among the protestors gathered at the LWT. At approximately 4:30 p.m., Ballard actively participated in the protest at the LWT by:

- Using a police baton to repeatedly strike and hit police officers.
- Throwing a tabletop at the police officers.
- Throwing two other unknown objects at the police officers.
- Shining a flashlight at the police officers.
- Throwing a bottle of unknown liquid at the police officers.
- Pushing a piece of metal scaffolding at the legs of the police officers.
- Breaking a wooden plank into pieces and throwing the pieces at the police officers.
- Throwing a white pole at the police officers.

Ballard's participation in the protest and specifically at the LWT lasted at least 30 minutes. Mr. Ballard engaged in the actions described above with the intent to resist, oppose, impede, intimidate, and interfere with the police officers; he knew his actions were capable of causing extreme pain and serious bodily injury; he knew that the officers were engaged in the performance of their official duties; and he performed his actions on account of the police officers performance of their official duties.

## DEFENDANT'S ACKNOWLEDGMENT

I, THOMAS JOHN BALLARD, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 6/6/23

THOMAS JOHN BALLARD
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6.6.23

MICHAEL E. LAWLOR
Attorney for Defendant