# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21–553-RJL** |
| | : | |
| **THOMAS JOHN BALLARD** | : | |
| | : | |
| **Defendant** | : | |

_____

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Thomas John Ballard, by and through counsel, Michael E. Lawlor, and Nicholas G. Madiou, Brennan, McKenna, & Lawlor, Chtd., and hereby moves this Honorable Court to continue the sentencing hearing currently scheduled for November 1, 2023 in this case. In support of this motion, counsel states the following:

1. A sentencing hearing is presently scheduled for November 1, 2023 at 4:00p.m. in the above referenced matter.

2. Undersigned counsel respectfully requests a continuance of the sentencing hearing due to counsel's trial calendar. Undersigned counsel is preparing for a homicide trial which begins on November 2, 2023 in the Circuit Court for Baltimore City, Maryland, *State v. Anthony Burris,* case number 115336022. This is a third-trial for a defendant with a history of competency issues.

3. Undersigned counsel discussed this request with counsel for the Government, Barry Disney, Esq., and is authorized to state that the United States consents to this motion to continue.

4. Further, the parties have pre-cleared available dates with Chambers, and respectfully request that the sentencing hearing currently scheduled for November 1, 2023 be continued to either December 11, 2023 or December 13, 2023.

5. For these reasons, counsel respectfully asks this Court to continue the sentencing hearing currently scheduled for November 1, 2023 to December 11, 2023 or December 13, 2023.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2023, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor